## (January 14, 1942.)

FRANCISCO DONATONTONIO, Individually and as Guardian ad Litem of ANNA DONATONTONIO and Others, Respondents, v. CUSHMAN'S SONS, INC., and FRANK KELCH, Sued Herein as FRANK KELTH, Appellants.— Order granting plaintiffs' motion for a preference pursuant to rule 151 of the Rules of Civil Practice and

directing the calendar clerk to place this action on the day calendar of the Supreme Court for trial on the 19th day of January, 1942, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.